**Motion Granted; Order filed May 6, 2014.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00629-CR
_____

**MELVIN JETSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1291685**

---

## ORDER

Appellant is represented by appointed counsel, Kelly Ann Smith. Appellant's brief was originally due October 16, 2013**.** We granted an extension of time to file appellant's brief until April 11, 2014. When we granted this extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On April 28, 2014, counsel filed a further request for extension of time to file appellant's brief. To date, counsel has submitted no brief. We grant the request and issue the following order.

Accordingly, we order Kelly Ann Smith to file a brief with the clerk of this court on or before **May 16, 2014**.  If Kelly Ann Smith does not timely file the brief as ordered, the court may issue an order requiring appointment of new counsel.


PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise. (Justice Busby would deny appellant's motion).